# BRUNE & RICHARD LLP

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 8 2009 ★

BROOKLYN OFFICE

80 Broad Street
New York, New York 10004
(212) 668-1900 phone
(212) 668-0315 fax
www.bruneandrichard.com

New York • San Francisco

October 6, 2009

**BY EMAIL**

Honorable Frederic Block
225 Cadman Plaza East
Brooklyn, NY 11201

THE APPLICATION AS COURTROOM CONNECT IS GRANTED, AND SOMEONE FROM COURTROOM CONNECT SHALL CONTACT A EMPLOYEE OF THE COURT'S SYSTEMS IS. DEPARTMENT WITH RESPECT TO INSTALLATION.

*Re:* **United States v. Ralph Cioffi and Manhew Tannin, 08 Cr. 0415 (FB)**   SO ORDERED

s/Frederic Block

Dear Judge Block:

The defense attorneys on the **United States v. Ralph Cioffi and Manhew Tannin, 08 Cr. 0415 (FB)** litigation request that Your Honor allow us to arrange for the provision of secure high-speed wireless internet access in the courtroom (10 C) and break-out room (105 S). The Internet connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. This will greatly facilitate the effective representation of all parties involved on this matter. In addition, we will be able to reduce the files and personnel we bring into the courtroom, as well as the traffic to and from the courtroom during proceedings.

Subject to your approval, we will retain Courtroom Connect to provide these services. Courtroom Connect does not require any court resources to provide service, and installs a network that is completely independent of the Court's existing systems. Courtroom Connect only needs the permission of the Court to temporarily locate the minimal amount of required equipment and cabling to connect to the Internet (e.g. phone line, small router and firewall that can be hidden from sight). By utilizing wireless technology, there will be limited cabling in the trial courtroom. This can be done easily, and, of course, will be paid for by the parties at no cost to the Court.

The following describes how Courtroom Connect restricts access to the network and ensures compliance with court security and directives:

- Anyone using the network is required to use the highest level of encryption available (among other security measures, 802.11x is utilized with rotating key encryption).

- Onsite support, maintenance, monitoring, off-site user authentication, and many other measures are provided to ensure the highest levels of security and reliability.

Honorable Frederic Block
October 6, 2009
Page 2

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Courtroom Connect will make all necessary arrangements with the Court's computer networking personnel. Courtroom Connect will need permission to place an order for the high-speed connection to the Internet from the courthouse as soon as possible. Sumit Chatterjee (phone: 650-814-5776) from Courtroom Connect is available to answer any questions about service and can provide any additional information that you would like. Many trials in state and federal courts throughout the country have utilized a high speed connection to the Internet in the courtroom, and references can be made available upon request.

If Your Honor is agreeable to these arrangements, we would appreciate it if Your Honor would so order this letter permitting Courtroom Connect to proceed. Please let me know if you have any questions. Thank you for your consideration.

Respectfully submitted,

Nina Beattie

cc:  Margaret A. Keeley (by email)
     Jim McGovern (by email)

Enclosure