

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 8, 2009

By Hand, Federal Express and ECF

Edward J.M. Little, Esq.                    Margaret A. Keeley, Esq.
Hughes, Hubbard & Reed LLP                  Williams & Connolly LLP
One Battery Park Plaza                      c/o Mariott at Brooklyn Bridge
New York, New York 10004-1482               333 Adams Street
                                            Brooklyn, New York 11201

Nina Beattie, Esq.
Susan Brune, Esq.
Brune & Richard LLP
80 Broad Street
New York, New York 10004

       Re:   United States v. Ralph Cioffi and Matthew Tannin
            Criminal Docket No. 08-415 (FB)

Counsel:

      The government writes to provide additional materials in advance of the trial.  Enclosed with this letter, please find the following information:

1. A compact disk containing the contents of Matthew Tannin's Google Account for the period from November 20, 2006 through August 12, 2007.  The government received this materials earlier today.

2. An additional document received from Bear Stearns, bearing bates-stamp number BS-USAO 57482-83.

                    Very truly yours,

                    BENTON J. CAMPBELL
                    United States Attorney

      By:   _____/s/_____
            Patrick Sean Sinclair
            Assistant United States Attorney
            (718) 254-6402